| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154<br>Telephone No: | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>55848 | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Southern District Of New York | | |
| Plaintiff: WOODY ALLEN | | |
| Defendant: AMERICAN APPAREL, INC. | | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 3179 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:  AMERICAN APPAREL, INC.
   b. Person served: KRISTINE DIAZ, PERSON AUTHORIZED TO ACCEPT SERVICE. (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served: 747 WAREHOUSE DRIVE
   LOS ANGELES, CA 90021

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Apr. 01, 2008 (2) at: 1:30PM

7. **Person Who Served Papers:**
   a. ALEX TERRIQUEZ
   b. **NATIONWIDE LEGAL INC.**
   316 W. 2ND STREET
   SUITE 705
   LOS ANGELES, CA 90012
   c. (213) 625-9100, FAX (213) 625-9111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5534
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Apr. 03, 2008

   (ALEX TERRIQUEZ)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   55848.loenony.3052