IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WOODY ALLEN,

        Plaintiff,

-against-

AMERICAN APPAREL, INC,

        Defendant.
----------------------------------------X

Civil Action No. 08 CV 3179 (TPG)(KNF)

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR MOVE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

WHEREAS Plaintiff filed the above-captioned action in the Federal District Court for the Southern District of New York;

WHEREAS Defendant's time to answer or otherwise move is April 21, 2008;

WHEREAS Defendant has requested until May 6, 2008 to answer or otherwise move and Plaintiff has consented;

WHEREAS this is the first such request for an extension;

IT IS HEREBY AGREED THAT Defendant's time to respond to Plaintiff's Complaint shall be extended to and including May 6, 2008.

BUCHANAN INGERSOLL & ROONEY P.C.

By: _____
Stuart P. Slotnick (SS-1964)
Barry I. Slotnick (BS-1398)
620 Eighth Avenue, 23rd Floor
New York, NY 10018
Tel: (212) 400 4400
Attorneys for Defendant

LOEB & LOEB LLP

By: _____
Michael P. Zweig (MZ-5318)
Christian Carbone (CC-6502)
345 Park Avenue
New York, NY 10154-1895
Tel: (212) 407-4000
Attorneys for Plaintiff

Dated: 4/25/08

SO ORDERED:

_____
Hon. Thomas P. Griesa, U.S.D.J.