IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
WOODY ALLEN,                        )    Civil Action No. 08 CV 3179 (TPG)(KNF)
                                    )
            Plaintiff,              )
                                    )
    -against-                       )    STIPULATION AND [PROPOSED]
                                    )    ORDER FOR EXTENSION OF TIME
AMERICAN APPAREL, INC,              )    TO ANSWER OR MOVE
                                    )
            Defendant.              )
-------------------------------------------------X

    WHEREAS Plaintiff filed the above-captioned action in the Federal District Court for the Southern District of New York on or about March 31, 2008;

    WHEREAS Defendant's time to answer or otherwise move was extended upon Stipulation to May 6, 2008;

    WHEREAS Defendant has requested until May 27, 2008 to answer or otherwise move and Plaintiff has consented;

    WHEREAS Defendant hereby waives the defense of improper service of process;

    WHEREAS this is the second such request for an extension;

    IT IS HEREBY AGREED THAT Defendant's time to respond to Plaintiff's Complaint shall be extended to and including May 27, 2008.

| BUCHANAN INGERSOLL & ROONEY P.C. | LOEB & LOEB, LLP |
|---|---|
| By: _[signature]_ | By: _Chris Carbone/sps_ |
| Stuart P. Slotnick (SS-1964) | Michael P. Zweig (MZ-5318) |
| Barry I. Slotnick (BS-1398) | Christian Carbone (CC-6502) |
| 620 Eighth Avenue, 23rd Floor | 345 Park Avenue |
| New York, NY 10018 | New York, NY 10154-1895 |
| Tel: (212) 400 4400 | Tel: (212) 407-4000 |
| Attorneys for Defendant | Attorneys for Plaintiff |

Dated: 5/7/08

SO ORDERED: _[signature]_ Thomas P. Griesa
Hon. Thomas P. Griesa, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```