UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOODY ALLEN,

                Plaintiff,

-against-

AMERICAN APPAREL, INC.,

                Defendant.

Civil Action No. 08 CV 3179 (TPG)(KNF)

FED. R. CIV. P. 7.1 STATEMENT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, American Apparel, Inc., a nongovernmental corporate party in the above-referenced matter, through its attorneys, Buchanan Ingersoll & Rooney PC, submits the following Corporate Disclosure Statement:

Defendant AMERICAN APPAREL, INC., certifies that (1) it does not have a corporate parent; and (2) there are no publicly held corporations owning 10% or more of its stock to Defendant's knowledge.

Dated: New York, New York
        May 27, 2008

                              Respectfully submitted,

                              BUCHANAN INGERSOLL & ROONEY PC

                              Stuart P. Slotnick (SS-1964)
                              620 Eighth Avenue, 23rd Floor
                              New York, NY 10018
                              Phone: 212-440-4400
                              Fax: 212-440-4401
                              E-mail: stuart.slotnick@bipc.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of May 2008, I served a copy of the foregoing **Corporate Disclosure Statement** on Michael P. Zweig, Esq. and Christian Carbone, Esq., both of Loeb & Loeb LLP, counsel for Plaintiff in the above-captioned matter via electronic mail and UPS overnight mail.

/Stuart P. Slotnick