## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of May 2008, I served a copy of the foregoing **Corporate Disclosure Statement** on Michael P. Zweig, Esq. and Christian Carbone, Esq., both of Loeb & Loeb LLP, counsel for Plaintiff in the above-captioned matter via electronic mail and UPS overnight mail.

Stuart P. Slotnick

Allen v. American Apparel, Inc.　　Doc. 6 Att. 1

Dockets.Justia.com