UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WOODY ALLEN,                                          :Case No. 1:08-cv-3179-(TPG)(KNF)
                                                      :
                Plaintiff(s),         :   **NOTICE OF**
                                                      :   **APPEARANCE**
  -against-                                          :
                                                      :
AMERICAN APPAREL, INC.                                :
                                                      :
                Defendant.            :
------------------------------------------------------------------X

**COUNSEL:**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Defendant American Apparel, Inc. in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by e-mail to the address below.

DATED:  New York, New York
          May 27, 2008

                                  BUCHANAN INGERSOLL & ROONEY P.C.

        BY:              s/
                      BARRY I. SLOTNICK (BS-1398)
                      New York Times Building
                      620 Eighth Avenue, 23rd Floor
                      New York, New York 10018
                      Attorneys for American Apparel, Inc.
                      Telephone (212) 440-4400
                      Fax (212) 440-4401
                      e-mail: barry.slotnick@bipc.com