F36340TV.3924
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WOODY ALLEN,

                Plaintiff(s)

     Case No. 1:08-cv-3179 (TPG) (KNF)

  -against-

AMERICAN APPAREL, INC.,

                Defendant(s)         **NOTICE OF APPEARANCE**

-----------------------------------------------------------------X

**COUNSEL:**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel to Defendant, AMERICAN APPAREL, INC., in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by e-mail to the address below.

Dated:    Merrick, New York
             July 23, 2008

                                          Yours, etc.

                                          LAW OFFICES OF CURTIS, VASILE,
                                          By: _____
                                             DOMINICK A. PICCININNI, JR. (DAP-4303)
                                           Attorneys for Defendant(s)
                                           AMERICAN APPAREL, INC.
                                           2174 Hewlett Avenue
                                           Merrick, New York 11566-0801
                                           (516) 623-1111
                                           dpiccininni@cvdm.com

                                           **MAILING ADDRESS:**
                                           **P.O. BOX 801**
                                           **MERRICK, NY 11566-0801**

TO:    LOEB & LOEB LLP
Attorneys for Plaintiff
Att: Christine D. Carbone, Esq.
345 Park Avenue
New York, NY 10154
212-407-4852

BUCHANAN, INGERSOLL & ROONEY, P.C.
Att: Stuart P. Slotnick, Esq.
New York Time Building
620 8th Avenue, 23rd Floor
New York, NY 10018
212-440-4435

STATE OF NEW YORK    )
                                   )ss.:

COUNTY OF NASSAU    )

That deponent KATHY MULROONEY is not a party to the within action, is over eighteen (18) years of age and resides in Hicksville, New York.

That on the 23rd day of July, 2008 deponent served the within

NOTICE OF APPEARANCE

upon the following attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in post office box under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    LOEB & LOEB LLP
        Attorneys for Plaintiff
        Att: Christine D. Carbone, Esq.
        345 Park Avenue
        New York, NY 10154
        212-407-4852

        BUCHANAN, INGERSOLL & ROONEY, P.C.
        Att: Stuart P. Slotnick, Esq.
        New York Time Building
        620 8th Avenue, 23rd Floor
        New York, NY 10018
        212-440-4435

_____
KATHY MULROONEY

Sworn to before me this
23rd day of July, 2008
_____
Notary Public

MARIANNE FORCE
NOTARY PUBLIC, State of New York
No. 01FO6064290
Qualified in Nassau County
Comm. Expires Jan. 5, 2010