```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WOODY ALLEN,                                :   Case No. 08 CV 3179 (TPG)(KNF)
                                            :
                    Plaintiff,              :
                                            :
     -against-                              :
                                            :
AMERICAN APPAREL, INC.,                     :   SUBSTITUTION
                                            :   OF COUNSEL
                    Defendant.              :
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant American Apparel, Inc. hereby substitutes The Law Offices of Curtis Vasile, PC as its attorneys of record in this action in place of Buchanan Ingersoll & Rooney, P.C., New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018-1669, telephone number (212) 440-4400; facsimile number (212) 440-4401.

All pleadings, orders and notices should henceforth be served upon Dominick Piccininni at The Law Offices of Curtis Vasile, PC, 2174 Hewlett Avenue, Merrick, New York 11566, telephone number (516) 623-1111; facsimile number (516) 623-0758. Facsimile signatures on counterparts shall be deemed acceptable.

Dated: New York, New York        THE LAW OFFICES OF CURTIS VASILE, PC
       June 25, 2008             Superseding Attorneys for Defendant

                          By:    _____
                                 Dominick A. Piccininni, Jr., Esq. (DP-4303)
                                 2174 Hewlett Ave., P.O. Box 0801
                                 Merrick, New York 11566
                                 Tel. (516) 623-1111
                                 Fax (516) 623-0758

BUCHANAN INGERSOLL & ROONEY P.C.
Withdrawing Attorneys for Defendant

By: /s/
Stuart P. Slotnick, Esq. (SS-1964)
New York Times Building
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
Tel. (212) 440-4400
Fax (212) 440-4401

SO ORDERED:

/s/ Thomas P. Griesa
U.S.D.J.

Sept. 4 2008