```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOODY ALLEN,

                 Plaintiff,

v.

AMERICAN APPAREL, INC.,

                 Defendant.

**ORDER**

08 CV 3179 (TPG)(KNF)

      Defendant American Apparel, Inc., having moved for an order of this court compelling Plaintiff Woody Allen ("Allen"), his management company MBST Entertainment ("MBST"), his manager Stephen Tenenbaum ("Tenenbaum"), and his business manager and accountant, Joel Faden ("Faden"), all of whom are represented by Plaintiff's counsel, Loeb & Loeb LLP, to comply with their discovery obligations; and,

      Defendant American Apparel, Inc., having filed the Affirmation of Stuart P. Slotnick, Esquire, and all the exhibits annexed thereto in support of its motion with Exhibit B, Exhibit K and Exhibit Q containing information Allen and MBST have designated as "confidential" and which pursuant to the parties' Stipulated Protective Order, so ordered on January 16, 2009, should be filed under seal; it is hereby

      **ORDERED THAT** Defendant American Apparel, Inc. be allowed to filed Exhibits B, K and Q relating to the Affirmation of Stuart P. Slotnick, Esquire, under seal; and, it is further

      **ORDERED THAT** the Sealing Clerk for the United States District Court for the Southern District of New York accept Exhibit B, Exhibit K and Exhibit Q for filing under seal along with the CD containing Exhibit B, Exhibit K and Exhibit Q.

SO ORDERED.

_____
HON. THOMAS P. GRIESA
Southern District of New York

DATED: April 9, 2009
New York, New York