**EXHIBIT J**

1

**COPY**

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK
   ------------------------------------x
3  WOODY ALLEN,

4                         Plaintiff,

5     -against-

                                              **CONFIDENTIAL**
6

7  AMERICAN APPAREL, INC.,

8                         Defendant,

9  Civil Action No.:  08 Civ. 3179 (TPG)(KNF)
   ------------------------------------x
10

11     *  *  *    C O N F I D E N T I A L    *  *  *

12
                              620 Eighth Avenue
13                            New York, New York

14
                              December 15, 2008
15                            10:05 a.m.

16

17        Confidential Videotaped Deposition of

18  WOODY ALLEN, pursuant to Notice, before Sophie

19  Nolan, a Notary Public of the State of New

20  York.

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                    212-750-6434
25                 Ref: 89231

ALLEN - CONFIDENTIAL

Q. And I'll just reask that so we have a clear record. You make movies to make or deliver social commentary?

MR. ZWEIG: Objection as to form, ambiguous and misleading. The witness may answer subject to my objection.

A. Yes, that is one -- several reasons. That is one of them.

Q. And would you -- are you aware that the Library of Congress has declared that your movie Annie Hall is culturally, historically or aesthetically significant and selected Annie Hall for preservation in the United States National Film Registry?

A. I am aware of that, yes.

Q. And you are aware, are you not, that Annie Hall has become a pop cultural phenomenon?

MR. ZWEIG: Objection as to form.

A. I don't see any evidence of that. If you could explain what you're referring to. I'm not aware of that because I don't -- I don't see any evidence of that.

Q. Well, I guess what I'm saying is

125

ALLEN - CONFIDENTIAL

that there are certain things in movies and in our culture that become part of pop culture. Pop culture means it's very popular and it's referenced a lot.

Would you -- would you, I guess, agree with that basic premise that that's what pop culture is?

A. That it is popular and that it is referenced a lot, I would agree with that, yes.

Q. Okay. And in -- to a great extent it has -- this movie, Annie Hall, has become a part of American pop culture fabric?

MR. ZWEIG: Objection as to form, ambiguous and misleading.

A. I will accept that. I mean, if you say so, I would accept that.

Q. And did this movie, Annie Hall, win any awards?

A. Yes, it won some -- a number of awards, it did.

Q. What awards did Annie Hall win?

A. It won some academy awards and some awards in Europe.

Q. And I talked about the reason why

1   ALLEN - CONFIDENTIAL
2   you make movies, but in Annie Hall, you --
3   would it be fair to say that one of the reasons
4   you made Annie Hall was for social commentary?
5           MR. ZWEIG: Objection as to form.
6   Ambiguous and misleading.
7       A.  That -- you could -- you could say
8   that. I mean, that's kind of an automatic,
9   built-in thing. I mean, I made it because I --
10  that's what I do for a living and I thought it
11  was a funny story and a good story and I made
12  it.
13          I was aware when I was making it
14  that it did have some social commentary in it.
15  That wasn't my real reason for making it, but I
16  was aware that it did contain some.
17      Q.  Is it true that as alternate titles
18  to Annie Hall, the title It Had To Be Jew was
19  considered as a title?
20      A.  It's conceivable to me. I don't
21  know. There were many titles considered and
22  that certainly sounds like it could have been
23  one of them. I mean, I don't recall if it was
24  or not, but if you said it was, I certainly
25  wouldn't find fault with that.

ALLEN - CONFIDENTIAL

Q. How about the title, Me and My Goy, do you know if that was ever considered?

A. That was never considered.

Q. Okay. Have you ever in the public domain seen people referencing the movie Annie Hall without using images from that movie?

MR. ZWEIG: Objection as to the form of the question, ambiguous and misleading.

Q. And more specifically, have you ever seen anyone compare themself to Alvy Singer and the way Alvy Singer felt?

MR. ZWEIG: Same objection.

A. I haven't seen that, but I have seen the movie referred to in print. I mean, when -- when they were writing about some other movie or writing about some phenomenon, I have -- I have seen it referenced in print. I've never seen it referenced any other way that I can think of, but in print I have.

Q. And were -- I guess they were referenced by comparison?

MR. ZWEIG: Objection as to form.

A. I don't know exactly how because I

128

```
 1             ALLEN - CONFIDENTIAL
 2   don't -- I couldn't give you the examples, but
 3   over the years I've seen -- I have seen it
 4   referenced in print.  I mean, someone can say
 5   it's not as funny as Annie Hall or it's funnier
 6   than Annie Hall.  You know, I have seen that.
 7         Q.    Do you find it objectionable when
 8   people reference Annie Hall in print when
 9   they're comparing something to the movie Annie
10   Hall?
11             MR. ZWEIG:  Objection as to form.
12        Lacks foundation and misleading.
13        A.    Well, of course, it depends what
14   they're saying about it at the time, but, you
15   know, it depends.  People are free to write
16   about things in the newspapers, you know, give
17   their opinions.  There's nothing I can do about
18   that.  They're free to do that.  You know,
19   naturally it's better if they're saying
20   something nice, but --
21        Q.    Do people ever stop you in New York
22   City when you walk around the streets?
23        A.    Yes.
24        Q.    And do people ever call you by the
25   name Mr. Singer or Alvy or do they generally
```