UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| WOODY ALLEN, | Civil Action No. 08 CV 3179 (TPG) (KNF) |
| Plaintiff, | |
| -- against -- | **DECLARATION OF STUART P. SLOTNICK IN SUPPORT OF DEFENDANT'S MOTION TO BAR THE REPORT AND TESTIMONY OF PLAINTIFF'S EXPERT RICHARD HERSH** |
| AMERICAN APPAREL, INC., | |
| Defendant. | |

------------------------------------------------------------x

I, STUART P. SLOTNICK, declare under penalty of perjury that the following is true and correct:

1. I am a shareholder with Buchanan Ingersoll & Rooney PC, counsel to Defendant American Apparel, Inc. ("Defendant"). I am admitted to practice in the State of New York and I am a member of the Bar of this Court.

2. This Declaration is filed in support of Defendant's Motion to Bar the Report and Testimony of Plaintiff's Expert Richard Hersh and a true and correct copy of the following exhibits is attached hereto:

3. Exhibit A is a copy of the Report of Richard Hersh in Rebuttal to Report of Peter Sealey.

4. Exhibit B is a copy of the curriculum vitae of Dr. Peter Sealey.

5. Exhibit C is a copy of documents produced by Mr. Allen's management company, MBST, and bate labeled MBST 73-75.

6. Exhibit D is a copy of documents produced by Mr. Allen's management company, MBST, and bate labeled MBST 128-129.

7. Exhibit E is a copy of excerpts from the deposition of John Burnham, Mr. Allen's agent.

8. Exhibit F is a copy of an article entitled "Bring It On!"

9. Exhibit G is a copy of an article entitled "American Apparel Senior Partner Dov Charney honored for humanitarian efforts."

10. Exhibit H is an article entitled "Los Angeles Entrepreneurs Named Ernst & Young Entrepreneur of the Year 2004 Award Recipients."

11. Exhibit I is an article entitled "American Apparel's Dov Charney sees how far his knit empire will stretch.

12. Exhibit J are copies of accolades or awards American Apparel or Mr. Charney have received.

13. Exhibit K is a copy of excerpts from Proxy Statement to Endeavor Acquisition Corp. stockholders dated November 28, 2007.

14. Exhibit L is a copy of excerpts from the deposition of Woody Allen.

15. Exhibit M is a copy of the Expert Report of Mark A. Roesler, Esquire.

Dated: New York, New York
May 11, 2009

_____
Stuart P. Slotnick, Esq. (SS-1964)